No. 04-99-00899-CR


Jason CROSS,


Appellant


v.


The STATE of Texas,


Appellee



From the 175th Judicial District Court, Bexar County, Texas


Trial Court No. 95-CR-1772-W


Honorable Mary Roman, Judge Presiding



PER CURIAM


Sitting: Phil Hardberger, Chief Justice

 Sarah B. Duncan, Justice

 Karen Angelini, Justice


Delivered and Filed: February 9, 2000

MOTION TO DISMISS GRANTED; APPEAL DISMISSED


 Appellant filed a motion to dismiss his appeal. The motion is granted, and this appeal is
dismissed. See Tex. R. App. P. 42.2(a).

 PER CURIAM

DO NOT PUBLISH